## 55677. HOLYOAK v. SPIKES et al.

QUILLIAN, Presiding Judge.

The evidence was sufficient to support the finding of facts by the State Board of Workmen's Compensation that: the employer operated a commercial fish hatchery business; the deceased was an employee of the hatchery; the employer's hatchery had three or more employees regularly in service; the deceased's accident arose out of and in the course of his employment.

Judgment affirmed. Webb and McMurray, JJ., concur.

Argued April 5, 1978 — Decided June 6, 1978.

Reinhardt, Whitley & Sims, Glenn Whitley, for appellant.

Perry & Franklin, W. S. Perry, Brackett, Arnall & Stephens, H. P. Arnall, for appellees.